09/11/2007  11:03    2125149178



RECEIVED
SEP 1 2 2007
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS VELARDI,

          Plaintiff,

-against-

LYONS, LAVEY, NICKEL, SWIFT, INC., (formerly
known as BJW, INC.)

          Defendants.

Case No.  07 CV 6828 (RJH)

**FIRST STIPULATION
EXTENDING TIME TO
RESPOND TO VERIFIED
COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for the parties in the captioned matter, that the time by which defendant LyonHeart Communications Inc., formerly known as Lyons, Lavey, Nickel, Swift, Inc., shall file a Verified Answer, or otherwise respond, to the Verified Complaint filed on behalf of plaintiff Thomas Velardi is extended from September 11, 2007 to and including September 25, 2007. This is the first extension of time to file a Verified Answer, or otherwise respond to, the Verified Complaint.

Dated:  New York, New York
       September 10, 2007

Law Office of George David Rosenbaum
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

Attorneys for Plaintiff

By: _____
    George David Rosenbaum

Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(212) 468-4910

Attorneys for Defendant

By: _____
    Maureen McLoughlin (MM1258)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

SO ORDERED:

_____
USDJ
9/13/07