09/25/2007 16:53  2125149178       DAVIS & GILBERT 21FL
09/25/2007 16:28 FAX



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS VELARDI,

        Plaintiff,

-against-

LYONS, LAVEY, NICKEL, SWIFT, INC., (formerly known as BJW, INC.)

        Defendants.

Case No. 07 CV 6828 (RJH)

**SECOND STIPULATION EXTENDING TIME TO RESPOND TO VERIFIED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for the parties in the captioned matter, that the time by which defendant LyonHeart Communications Inc., formerly known as Lyons, Lavey, Nickel, Swift, Inc., shall file a Verified Answer, or otherwise respond, to the Verified Complaint filed on behalf of plaintiff Thomas Velardi is extended from September 25, 2007 to and including October 16, 2007. This is the second extension of time to file a Verified Answer, or otherwise respond to, the Verified Complaint.

Dated: New York, New York
       September 25, 2007

Law Office of George David Rosenbaum
50 Broadway, 26th Floor
New York, NY 10004
(212) 514-5007

Attorneys for Plaintiff

By: _____
    George David Rosenbaum

Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(212) 468-4910

Attorneys for Defendant

By: _____
    Maureen McLoughlin (MM1258)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

SO ORDERED:

_____
U.S.D.J.
10/2/07