UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS VELARDI,<br><br>     Plaintiff,<br><br>-against-<br><br>LYONS, LAVEY, NICKEL, SWIFT, INC.,<br>(formerly known as BJW, INC.)<br>     Defendant. | Case No. 07 CV 6828 (RJH)<br><br>**DEFENDANT'S RULE 7.1<br>DISCLOSURE STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant LyonHeart Communications, Inc., formerly known as Lyons, Lavey, Nickel, Swift, Inc. ("LyonHeart"), a private (non-governmental) corporate party, hereby certifies that Omnicom Group Inc. is LyonHeart's only parent corporation and is publicly held.

Dated: New York, New York
   October 30, 2007

                     DAVIS & GILBERT LLP
                     1740 Broadway
                     New York, NY  10019
                     (212) 468-4800
                     *Attorneys for defendant*
                     *LyonHeart Communications, Inc.*

                     s/:  Maureen A. McLoughlin
                       Maureen A. McLoughlin (MM 1258)